UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JOHN BRADFORD MENA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:23-cv-00811-REP |
| EXPERIAN INFORMATION SOLUTIONS, | ) |
| INC., TRANS UNION LLC, and LOCKHART, | ) |
| MORRIS & MONTGOMERY, INC., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SETTLEMENT AS TO TRANS UNION LLC

Plaintiff, JOHN BRADFORD MENA ("Plaintiff"), by and through his attorneys, informs this Honorable Court that Plaintiff and Defendant, TRANS UNION LLC, have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, TRANS UNION LLC, with prejudice, within 60 days.

RESPECTFULLY SUBMITTED,

January 12, 2024         By: /s/ Richard W. Ferris
                             Richard W. Ferris, Esq.
                             Virginia Bar Number 31812
                             FERRIS LAW, PLLC
                             Fountain Park, Building 7
                             9327 Midlothian Turnpike
                             Suite 1J
                             Richmond, VA 23235
                             Phone: (804) 767-6848
                             Fax: (888) 251-6228
                             rwferris@richmondlawyer.com
                             Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on January 12, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Richard W. Ferris
Richard W. Ferris