UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JOHN BRADFORD MENA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXPERIAN INFORMATION SOLUTIONS, ) <br> INC., TRANS UNION LLC, and LOCKHART, ) <br> MORRIS & MONTGOMERY, INC., ) <br> ) <br> Defendants. ) | Case No. 3:23-cv-00811-REP |

### NOTICE OF VOLUNTARY DISMISSAL AS TO TRANS UNION LLC

Plaintiff, JOHN BRADFORD MENA ("Plaintiff"), by and through his attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant, TRANS UNION LLC, only, with prejudice.

RESPECTFULLY SUBMITTED,

February 21, 2024                By: /s/ Richard W. Ferris
　　　　　　　　　　　　　　　　　Richard W. Ferris, Esq.
　　　　　　　　　　　　　　　　　Virginia Bar Number 31812
　　　　　　　　　　　　　　　　　FERRIS LAW, PLLC
　　　　　　　　　　　　　　　　　Fountain Park, Building 7
　　　　　　　　　　　　　　　　　9327 Midlothian Turnpike
　　　　　　　　　　　　　　　　　Suite 1J
　　　　　　　　　　　　　　　　　Richmond, VA 23235
　　　　　　　　　　　　　　　　　Phone: (804) 767-6848
　　　　　　　　　　　　　　　　　Fax: (888) 251-6228
　　　　　　　　　　　　　　　　　rwferris@richmondlawyer.com
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on February 21, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

                                  By: /s/ Richard W. Ferris
                                          Richard W. Ferris