UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JOHN BRADFORD MENA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXPERIAN INFORMATION SOLUTIONS, ) <br> INC., TRANS UNION LLC, and LOCKHART, ) <br> MORRIS & MONTGOMERY, INC., ) <br> ) <br> Defendants. ) | Case No. 3:23-cv-00811-REP |

## JOINT NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, JOHN BRADFORD MENA ("Plaintiff") and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), by and through their attorneys, inform this Honorable Court that they have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., with prejudice, within 60 days.

RESPECTFULLY SUBMITTED

March 4, 2024

| | |
|---|---|
| By: /s/ Richard W. Ferris <br> Richard W. Ferris, Esq. <br> Virginia Bar Number 31812 <br> *Counsel for Plaintiff* <br> FERRIS LAW, PLLC <br> Fountain Park, Building 7 <br> 9327 Midlothian Turnpike <br> Suite 1J <br> Richmond, VA 23235 <br> Phone: (804) 767-6848 <br> Fax: (888) 251-6228 <br> Email: rwferris@richmondlawyer.com | By: /s/ David N. Anthony <br> David N. Anthony <br> Virginia State Bar No. 31696 <br> *Counsel for Experian Information Solutions, Inc.* <br> TROUTMAN PEPPER HAMILTON SANDERS LLP <br> 1001 Haxall Point <br> Richmond, VA 23219 <br> Telephone: (804) 697-5410 <br> Facsimile: (804) 698-5118 <br> Email: david.anthony@troutman.com |

1

**CERTIFICATE OF SERVICE**

I certify that on March 4, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

/s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Experian Information Solutions, Inc.*
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutman.com

16942218