UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JOHN BRADFORD MENA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXPERIAN INFORMATION SOLUTIONS, ) <br> INC., TRANS UNION LLC, and LOCKHART, ) <br> MORRIS & MONTGOMERY, INC., ) <br> ) <br>    Defendants. ) | Case No. 3:23-cv-00811 |

## NOTICE OF SETTLEMENT
## AS TO LOCKHART, MORRIS & MONTGOMERY, INC.

Plaintiff, JOHN BRADFORD MENA ("Plaintiff"), by and through his attorneys, informs this Honorable Court that Plaintiff and Defendant, LOCKHART, MORRIS & MONTGOMERY, INC., have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, LOCKHART, MORRIS & MONTGOMERY, INC., with prejudice, within 60 days.

RESPECTFULLY SUBMITTED,

March 15, 2024            By: /s/ Richard W. Ferris
                                                Richard W. Ferris, Esq.
                                                Virginia Bar Number 31812
                                                FERRIS LAW, PLLC
                                                Fountain Park, Building 7
                                                9327 Midlothian Turnpike
                                                Suite 1J
                                                Richmond, VA 23235
                                                Phone: (804) 767-6848
                                                Fax: (888) 251-6228
                                                rwferris@richmondlawyer.com
                                                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on March 15, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Richard W. Ferris
Richard W. Ferris