IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN BRADFORD MENA,

    Plaintiff,

v.                              Civil Action No. 3:23cv811

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants.

**ORDER**

Having considered the JOINT NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC. (ECF No. 23), and it appearing that the disputes in this action have been settled with respect to the defendant, Lockhart, Morris & Montgomery, Inc., it is hereby ORDERED that, by April 15, 2024, the parties shall electronically file a Stipulation of Dismissal.

It is so ORDERED.

                                        /s/ REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: March 19, 2024