UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JOHN BRADFORD MENA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXPERIAN INFORMATION SOLUTIONS, ) <br> INC., TRANS UNION LLC, and LOCKHART, ) <br> MORRIS & MONTGOMERY, INC., ) <br> ) <br> Defendants. ) | Case No. 3:23-cv-00811-REP |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, JOHN BRADFORD MENA ("Plaintiff"), and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., by and through undersigned counsel, that the above-captioned action is dismissed, with prejudice, against Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., only, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B), each party to bear their own fees and costs. The parties agree that the Court shall have continuing jurisdiction to enforce the terms of the Settlement Agreement.

Dated: April 8, 2024            RESPECTFULLY SUBMITTED,

| | |
|---|---|
| */s/ Richard W. Ferris* <br> Richard W. Ferris, Esq. <br> Virginia Bar Number 31812 <br> FERRIS LAW, PLLC <br> Fountain Park, Building 7 <br> 9327 Midlothian Turnpike, Suite 1J <br> Richmond, VA 23235 <br> Phone: (804) 767-6848 <br> Fax: (888) 251-6228 <br> rwferris@richmondlawyer.com <br> **Attorneys for Plaintiff** | */s/ David N. Anthony* <br> David N. Anthony <br> Virginia State Bar No. 31696 <br> TROUTMAN PEPPER <br> HAMILTON SANDERS LLP <br> 1001 Haxall Point <br> Richmond, VA 23219 <br> Telephone: (804) 697-5410 <br> Facsimile: (804) 698-5118 <br> Email: david.anthony@troutman.com <br> **Attorneys for Experian Information Solutions, Inc.** |

1

## **CERTIFICATE OF SERVICE**

I certify that on April 8, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Richard W. Ferris
Richard W. Ferris