UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JOHN BRADFORD MENA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXPERIAN INFORMATION SOLUTIONS, ) <br> INC., TRANS UNION LLC, and LOCKHART, ) <br> MORRIS & MONTGOMERY, INC., ) <br> ) <br> Defendants. ) | Case No. 3:23-cv-00811-REP |

**JOINT STIPULATION OF DISMISSAL**
**AS TO LOCKHART, MORRIS & MONTGOMERY, INC.**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, JOHN BRADFORD MENA ("Plaintiff"), and Defendant, LOCKHART, MORRIS & MONTGOMERY, INC., by and through undersigned counsel, that the above-captioned action is dismissed, with prejudice, against Defendant, LOCKHART, MORRIS & MONTGOMERY, INC., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B), each party to bear their own fees and costs.

Dated: May 6, 2024         RESPECTFULLY SUBMITTED,

/s/ Richard W. Ferris
Richard W. Ferris, Esq.
Virginia Bar Number 31812
FERRIS LAW, PLLC
Fountain Park, Building 7
9327 Midlothian Turnpike, Suite 1J
Richmond, VA 23235
Phone: (804) 767-6848
Fax: (888) 251-6228
rwferris@richmondlawyer.com
**Counsel for Plaintiff**

/s/ Steven R. Zahn
Steven R. Zahn (VSB #43332)
Zahn Law, LLC
1537 Hidden Cv
Virginia Beach, VA 23454
757.339.4779
steve@zahnlawllc.com
**Counsel for LOCKHART, MORRIS & MONTGOMERY, INC.**

1

**CERTIFICATE OF SERVICE**

I certify that on May 6, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Richard W. Ferris
Richard W. Ferris